

FILED

**Margaret Botkins**
**Clerk of Court**

1:29 pm, 2/16/24

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

RAMEEN RAY AMIRKHIZI,

    Plaintiff,

v.

SOCIAL SECURITY
ADMINISTRATION ACTING
COMMISSIONER,

    Defendant.

Case No. 2:23-CV-00170-ABJ

## FINAL JUDGMENT

The Court, having granted Defendant's *Unopposed Motion to Reverse and Remand to the Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g)* (ECF No. 10) on February 16, 2024, has ordered that this case be remanded for further administrative proceedings. *See* ECF No. 11.

Therefore, IT IS **HEREBY ORDERED AND ADJUDGED** that Defendant's decision in this matter, dated March 2, 2023, is **REVERSED** and **REMANDED** to Defendant for further administrative proceedings consistent with the Court's *Order Granting Defendant's Unopposed Motion to Reverse and Remand* (ECF No. 11).

Dated this 16th day of February, 2024.

Alan B. Johnson
United States District Judge